IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY KEITH WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:08-CV-2342-KOB-RRA |
| | ) |
| TERRY SHERBERT and BLOUNT COUNTY SHERIFF'S DEPARTMENT, | ) ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on June 2, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) as frivolous. The plaintiff submitted two letters, which will be treated as objections to the report and recommendation on June 5, 2009 and June 15, 2009, in which he reiterates his desire to be released from prison, declares his innocence of pending criminal charges, and complains that his bond has not been reduced.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly,

---

[1] In a letter filed June 15, 2009 objecting to the dismissal, the plaintiff raises new claims regarding the conditions of confinement and medical treatment. However, the filing of objections is not a proper vehicle to make new allegations or present additional evidence. The plaintiff may bring additional claims under a separate § 1983 action.

the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) as frivolous.  A Final Judgment will be entered.

DONE and ORDERED this 24th day of June 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE